No. 590, Misc. SCARBECK v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Samuel C. Klein* for petitioner. *Solicitor General Cox* for the United States.

No. 592, Misc. DAEGELE v. KANSAS. Supreme Court of Kansas. Certiorari denied.

No. 595, Misc. GWYNN v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied. *Frances Kahn* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *John De Witt Gregory,* Assistant Attorney General, for respondent.

No. 597, Misc. ELLIS v. OREGON. Supreme Court of Oregon. Certiorari denied. Petitioner *pro se. George Van Hoomissen* for respondent.

No. 600, Misc. BANKS v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 601, Misc. HLOZANSKY v. COX, PENITENTIARY SUPERINTENDENT. Supreme Court of New Mexico. Certiorari denied.

No. 603, Misc. WREGE v. BURKE, WARDEN. Supreme Court of Wisconsin. Certiorari denied.

No. 604, Misc. BRAZZELL v. MAXWELL, WARDEN, ET AL. Supreme Court of Ohio. Certiorari denied.

No. 609, Misc. FARRELL v. BURKE, WARDEN. Supreme Court of Wisconsin. Certiorari denied.